IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| NICOLE WETZEL, | : |
| | : CIVIL ACTION NO. 3:22-CV-00044 |
| Plaintiff, | : JUDGE WALTER H. RICE |
| | : |
| v. | : |
| | : **ORDER OF DISMISSAL AS TO** |
| LENDINGCLUB CORPORATION et. al., | : **DEFENDANT TRANS UNION LLC** |
| | : |
| Defendant. | : |

This matter is before the Court on Plaintiff's Motion to Dismiss Defendant Trans Union LLC per Fed. R. Civ. P. 21. The court finds said motion to be well-taken and hereby GRANTS the same. Defendant Trans Union LLC is hereby dismissed as a party defendant from this action.

IT IS SO ORDERED.

_____
Judge Walter H. Rice